**Opinion issued April 16, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00848-CV

————————————

**TRINA JONES, Appellant**

**V.**

**NHH REED LTD., Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1258951**

---

## MEMORANDUM OPINION

Appellant's brief was due on January 5, 2026. No brief was filed. On January 22, 2026, the Court issued a notice to appellant, advising her that her brief was overdue and that the appeal might be dismissed unless she filed the brief or a motion

for extension by February 2, 2026.  *See* TEX. R. APP. P. 38.8(a).  No response or brief was filed.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3(b), 43.2(f).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.